IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DANH,

    Plaintiff,　　　　　　　　　　　　CIV S-06-714 KJM

    vs.

JO ANNE B. BARNHART,　　　　　　　　ORDER TO SHOW CAUSE
Commissioner of Social Security,

    Defendant.

_____/

    By order filed May 4, 2006, plaintiff was directed to submit certain documents to the United States Marshal for service of process and within fifteen days to file a statement with the court that said documents were submitted. Plaintiff failed to file the requisite statement.

    Also by order filed May 4, 2006, plaintiff was directed to return to the Clerk, within 90 days, the form titled "Consent to Assignment or Request for Reassignment." The time has passed, and plaintiff failed to return the form.

    Plaintiff has now failed to comply with two of the court's orders. It appears plaintiff has abandoned this litigation.

/////

/////

1  Accordingly, IT IS HEREBY ORDERED that within 10 days from the date this
2  order is filed, plaintiff is directed to SHOW CAUSE why this action should not be dismissed for
3  lack of prosecution.
4  DATED: September 21, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
danh.osc

2