1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHN DANH,

11           Plaintiff,                    CIV S-06-714 KJM

12       vs.

13   JO ANNE B. BARNHART,                  ORDER AND FINDINGS AND
     Commissioner of Social Security,      RECOMMENDATIONS
14
             Defendant.
15   _____/

16           By order filed May 4, 2006, plaintiff was directed to submit certain documents to

17   the United States Marshal for service of process and within fifteen days to file a statement with

18   the court that said documents were submitted.  Plaintiff failed to file the requisite statement.

19           Also by order filed May 4, 2006, plaintiff was directed to return to the Clerk,

20   within 90 days, the form titled "Consent to Assignment or Request for Reassignment."  The time

21   has passed, and plaintiff has failed to return the form.

22           By order filed September 22, 2006, plaintiff was ordered to show cause why this

23   action should not be dismissed for lack of prosecution.  Plaintiff has not responded.

24           Plaintiff has now failed to comply with three of the court's orders.  It appears

25   plaintiff has abandoned this litigation.

26   /////

1

1         Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is directed to

2   assign a district judge to this action; and

3         IT IS HEREBY RECOMMENDED that this action be dismissed.

4   DATED:  October 30, 2006.

5   

6   006
   danh.dlop

                                             _____

                                         U.S. MAGISTRATE JUDGE

2