**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DANH,<br><br>     Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security<br><br>     Defendant. | No. 2:06-CV-0714-RRB-KJM<br><br>**ORDER** |

        This Social Security action was referred to a United States Magistrate Judge, pursuant to 28 U.S.C. § 636, <u>et seq.</u>, and Local Rule 72-302.

        On October 30, 2006, Magistrate Judge Kimberly J. Mueller filed Findings & Recommendations (Docket 7) herein, which were served on the parties. Neither party has filed objections to the Findings & Recommendations.

        The Court has reviewed the file and finds the Findings & Recommendations (Docket 7) to be supported by the record and by proper analysis.

ORDER DISMISSING PLAINTIFF'S ACTION - 1
2:06-CV-0714-RRB-KJM

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings & Recommendations at Docket 7, filed on October 30, 2006, are adopted in full; and

2. This action is **DISMISSED**.

**ENTERED** this 21st day of June, 2007.

```
                            S/RALPH R. BEISTLINE
                            UNITED STATES DISTRICT JUDGE
```

ORDER DISMISSING PLAINTIFF'S ACTION - 2
2:06-CV-0714-RRB-KJM